UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE D. STITH,

    Plaintiff,

v.                                CASE NO. 8:07-CV-2193-T-17TGW

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

ORDER

This cause is before the Court on:

Dkt. 18   Report and Recommendation

This case is a petition for judicial review of the denial of Plaintiff's claim for Social Security disability benefits. The assigned Magistrate Judge has entered his Report and Recommendation in which it is recommended that the decision of the Commissioner of Social Security be affirmed, because it is supported by substantial evidence and does not contain reversible error.

The Court has independently examined the Administrative Record and the pleadings in this case. No objection to the Report and Recommendation has been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

Case No. 8:07-CV-2193-T-17TGW

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference, and the decision of the Commissioner of Social Security denying Plaintiff's claim for Social Security disability benefits is **affirmed.** The Clerk of Court shall enter a final judgment in favor of Defendant Michael J. Astrue, Commissioner of Social Security, and close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 9th day of December, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

2